**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>ANHEUSER-BUSCH InBEV SA/NV AND SABMILLER PLC,<br><br>                  Defendants. | Case No. 1:16-cv-01483-EGS |

**CERTIFICATE PURSUANT TO F.R.C.P. 7.1 AND LCvR 7.1**

    I, the undersigned, counsel of record for Defendant SABMiller plc ("SABMiller"), certify to the best of my knowledge and belief, there are no parent companies of SABMiller that have any outstanding securities in the hands of the public. SABMiller is a publicly traded company on the London Stock Exchange and the Johannesburg Stock Exchange (SAB). Altria Group, Inc. and BevCo Ltd. each owns greater than 10% of SABMiller's stock. The following subsidiaries of SABMiller have outstanding securities in the hands of the public:

- Cervecería Nacional CN S.A.
- Cerveceria San Juan S.A., Lima Stock Exchange (SNJUANC1)
- Cervejas de Moçambique SA, Mozambique Stock Exchange
- INMOBILIARIA IDE S.A., Lima Stock Exchange (IIDEC1)
- International Breweries PLC, Lagos Stock Exchange (INTBREW.LG)
- National Breweries PLC, Lusaka Stock Exchange (NATB.LZ)

- SABMiller India Limited

- Sechaba Breweries Holdings Limited – Botswana Stock Exchange

- Tanzania Breweries Ltd., Dar es Salaam Stock Exchange (TBL)

- Union de Cervecerias Peruanas Backus y Johnston SAA, Lima Stock Exchange (BKJa.LM)

- Zambian Breweries PLC, Lusaka Stock Exchange (ZABR.LZ)

The following affiliates of SABMiller have outstanding securities in the hands of the public:

- Anadolu Efes Biracılık ve Malt Sanayii AŞ., Istanbul Stock Exchange (AEFES:TI)

- Delta Corporation Limited, Zimbabwe Stock Exchange (DLTA.zw)

- Distell Group Ltd, Johannesburg Stock Exchange (DST:SJ)

These representations are made in order that judges of this court may determine the need for recusal.

Dated: July 29, 2016　　　　　　　　　　　　By /s/ Janet L. McDavid
　　　　　　　　　　　　　　　　　　　　　　Janet L. McDavid (DC Bar No. 204073)
　　　　　　　　　　　　　　　　　　　　　　Hogan Lovells US LLP
　　　　　　　　　　　　　　　　　　　　　　555 Thirteenth Street NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　　+1 202 637 8780
　　　　　　　　　　　　　　　　　　　　　　+1 202 637 5910
　　　　　　　　　　　　　　　　　　　　　　janet.mcdavid@hoganlovells.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for SABMILLER plc*