**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ANHEUSER-BUSCH InBEV SA/NV AND SABMILLER PLC,<br><br>    Defendants. | Case No. 1:16-cv-01483-EGS |

**REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS ON BEHALF OF DEFENDANT SABMILLER PLC**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendant SABMILLER plc ("SABMiller"), by its attorney, submits the following description of communications by or on behalf of SABMiller with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on July 20, 2016. In accordance with Section 2(g), this description excludes communications made by counsel of record alone with the Attorney General or the employees of the Department of Justice ("DOJ") alone.

**I. DESCRIPTION OF COMMUNICATIONS**

On July 18, 2016, representatives of SABMiller participated in a telephone conference with representatives of the Department of Justice related to the negotiation of the terms of the proposed Final Judgment. The following parties participated in this communication:

- John Davidson, General Counsel and Corporate Affairs Director, SABMiller
- Stephen M. Jones, Deputy General Counsel, M&A, SABMiller

- Sarah Berwick, Senior Group Competition Counsel, SABMiller
- Wendy Ko, Corporate Counsel, SABMiller
- Counsel from Hogan Lovells US LLP

## II. CERTIFICATION

SABMiller certifies that this disclosure complies with the requirements of 15 U.S.C. § 16(g) and is a true and complete description of the relevant communications known to SABMiller or of which SABMiller reasonably should have known.

Respectfully submitted,

_____

Janet L. McDavid (DC Bar No. 204073)
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
+1 202 637 8780
+1 202 637 5910
janet.mcdavid@hoganlovells.com

*Counsel for SABMILLER plc*

Dated: July 29, 2016