UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH InBEV, and<br>SABMILLER plc,<br><br>Defendants. | Civil Action No. 1:16-cv-01483 (EGS) |

ORDER

This matter came before the court on the unopposed motion of the International Brotherhood of Teamsters for leave to file an amicus curiae brief (lodged with the Court as an attachment to the motion) for the limited purpose of replying to the Response of the Plaintiff United States to Public Comments on the Proposed Final Judgment.

On consideration of the motion, IT IS HEREBY ordered that the motion is GRANTED and the brief is deemed filed.

Dated: _____          _____
                                                                         United States District Court Judge