# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANHEUSER BUSCH InBEV SA/NV, and<br>SABMILLER plc,<br><br>Defendants. | Civil Action No. 1:16-cv-1483<br><br>Judge: Emmet G. Sullivan |

## [PROPOSED] ORDER

This matter came before the Court on the motion of Consumer Action and Consumer Watchdog for leave to file an amicus curiae brief replying to the Response of Plaintiff United States to Public Comments on the Proposed Final Judgment.

On consideration of the motion, IT IS HEREBY ordered that the motion is GRANTED and the amicus brief is deeded filed.

Dated: _____    _____

United States District Court
Judge Emmet G. Sullivan